Hart
v.
Trotter.

HART and others *vs.* TROTTER & DOUGLASS, survivors, &c.

TROTTER & DOUGLASS, survivors, &c. *vs.* HART and others.

In cross actions and cross applications for a *reference*, a joint reference will be made and the referees authorized to hold their meetings so as to accommodate the parties.

MOTIONS for reference in cross-suits. Previous to the last January term, the plaintiffs in the first above entitled cause commenced their suit; after the service of the capias, the defendants commenced a suit against the plaintiffs; both declared, the venue in the first suit being laid in New-York where the plaintiffs in that suit reside, and in the second in Albany where the plaintiffs in that suit reside. The issue in the suit first commenced was not joined until one day after the issue in the second suit was joined by reason of delay obtained by a judge's order. Both actions are in *assumpsit*, and brought for the liquidation of accounts to a large amount. The plaintiffs in the second suit gave notice of a motion for the appointment of *referees*, the notice being for the *first* day of term; the plaintiffs in the first suit gave a like notice for the appointment of referees for the *second* day of term; and now, on the suggestion of counsel in the first above entitled cause,

*The Court* appointed a *joint reference* in the two causes, giving leave to the referees to hold meetings both in New-York and Albany to hear the parties. Two of the persons named as referees by the plaintiffs in the first suit were appointed and one named by the plaintiffs in the second suit.

*R. C. Wheeler,* for plaintiffs in first suit,

*W. Esleeck,* for plaintiffs in second suit.